Supreme Court of the State of Washington denied. *Mr. O. C. Moore* for petitioner. *Mr. Heman H. Field* and *Mr. George W. Korte* for respondent.

---

No. 923. W. C. WELCH ET AL. *v.* GEORGE W. KIRBY, ADMINISTRATOR, ETC. April 14, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. I. N. Watson* for petitioners. No appearance for respondent.

---

No. 925. CHRISTOFFER HANNEVIG ET AL., AS HANNEVIG & JOHNSEN, *v.* R. W. J. SUTHERLAND & COMPANY. April 14, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederic R. Coudert* and *Mr. Howard Thayer Kingsbury* for petitioners. No appearance for respondent.

---

No. 928. ROY J. BISHOP, ADMINISTRATOR, ETC., *v.* JOHN H. HUNGATE, EXECUTOR, ETC., ET AL. April 14, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Thomas E. D. Bradley* for petitioner. *Mr. Felix T. Hughes* for respondents.

---

No. 941. HASSAN ABDU ET AL. *v.* STEAMSHIP NIGRETIA, ETC. April 14, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Silas B. Axtell* for petitioners. *Mr. L. de Grove Potter* and *Mr. John M. Woolsey* for respondent.